**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-7099

———————————

WILLIAM ALLEN LEGG,

Plaintiff - Appellant,

versus

WARDEN O'NEIL; ASSISTANT WARDEN PETERSON;
MAJOR ALEO; LIEUTENANT KITZ; LIEUTENANT MEESE
(Female); GEORGE HOLDORF, Correctional Offi-
cer; CORRECTIONAL OFFICER ROBERTS; CORRECTION-
AL OFFICER MCCLOUD; CORRECTIONAL OFFICER
FLEMING; CORRECTIONAL OFFICER MASON; CORREC-
TIONAL OFFICER JAMES (Female), others to be
listed thru discovery,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
98-896-DKC)

———————————

Submitted: December 17, 1998          Decided: January 6, 1999

———————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

William Allen Legg, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Allen Legg appeals the district court's order denying his motion for copies of pleadings at Government expense. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Legg v. O'Neil</u>, No. CA-98-896-DKC (D. Md. May 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>